## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Nalco Company | ) | Case No: 14 C 2510 |
| v. | ) | Judge: John W. Darrah |
| Chem-Mod, LLC | ) | |

## ORDER

Status hearing and ruling on motion hearing held. Pro hac vice motions are granted [41, 43]. Defendants' motion to clarify schedule and to defer Rule 26(f) conference and initial disclosures [35] and plaintiff's motion to compel defendants' Fed. R. Civ. Proc. 26(a) Disclosures and Participation in Rule 26(f) Conference [37] are granted. Compliance is ordered as stated on the record. Plaintiff's motion for leave to file excess pages in Nalco's brief in response to Defendants' Motion to Dismiss [44] is granted. Status hearing/ruling is set for 1/20/15 at 9:30 a.m. re: defendant's motion to dismiss [25].

(T:) 00:05

Date: 11/13/14  /s/ Judge John W. Darrah